Cohen, for appellant. A. Benedict, for respondent. No opinion. Judgment affirmed, without costs. Order filed.

In re GOGARN. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) In the matter of the application of Julius W. Gogarn for admission to the bar. No opinion. Application granted.

GOLDZIER v. GOODRICH. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Morris Goldzier against Edward I. Goodrich. No opinion. Application denied, with $10 costs. Order signed.

GORDON, Respondent, v. ELDREDGE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Robert Gordon against Elliott Eldredge and others. No opinion. Judgment and order affirmed, with costs.

GORDON et al. v. LYNCH. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Appeal from Trial Term. Action by Morris J. Gordon and another against Fannie G. Lynch. From a judgment on a directed verdict, and an order denying a motion for a new trial, defendant appeals. Reversed. Charles M. Weeks, for appellant. William D. Gaillard, for respondents.

PER CURIAM. We think that there was a question of fact presented which should have been left to the jury, and that the motion to that effect by the defendant was made in time. The judgment and order must be reversed, and new trial ordered, with costs to appellant to abide event.

GORDON, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Louis Gordon against the New York Telephone Company. I. R. Oeland, for appellant. T. J. O'Neill, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent

GORNOYA, Respondent, v. ALSEN'S AMERICAN PORTLAND CEMENT WORKS, Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Louis Gornoya against Alsen's American Portland Cement Works. No opinion. Judgment and order unanimously affirmed, with costs.

GRANT et al. v. COBRE GRANDE COPPER CO. et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by James A. Grant and others against the Cobre Grande Copper Company, impleaded with others. No opinion. Motion granted. Questions certified. Order filed.

GRAVES. Respondent, v. KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appellate Division, Fourth

Department. May 29, 1908.) Action by Electa R. Graves against the Knights of the Maccabees of the World.

PER CURIAM. It appearing that there are not four justices qualified to sit in this appeal, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

GRAVIER v. STAR CO. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Appeal from Trial Term. Action by Henry Gravier against the Star Company. From a judgment for plaintiff, and an order denying motion for new trial, defendant appeals. Reversed, unless plaintiff shall stipulate to reduce the verdict, in which event the judgment, as modified, to be affirmed. Clarence J. Shearn, for appellant. Hugo Wintner, for respondent.

PER CURIAM. The verdict in this case was excessive, and on that ground the judgment and order must be reversed, and a new trial ordered, with costs to appellant to abide event, unless plaintiff shall stipulate to reduce the verdict to $500, in which event the judgment, as so modified, and order, affirmed, without costs to either party on this appeal.

GRAY, Respondent, v. CARTER, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by John W. Gray against Ella P. G. Carter. F. Bien, for appellant. H. A. Sperry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GREINER, Respondent, v. GREINER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Frederick Greiner, as surviving administrator, etc., of Magdalena Greiner, deceased, against William Greiner and another. No opinion. Judgment and order affirmed, with costs.

GRINBERG, Appellant, v. TOBACK et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Lassar J. Grinberg against David Toback and others. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, as there was no evidence that the note sued upon was paid.

GROSBACK, Respondent, v. WEBER, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by William Grosback against John George Weber. No opinion. Judgment of the Municipal Court affirmed, with costs.

GROSS v. GORSCH. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Paul Gross against Hugo Gorsch. No opinion. Motion granted on payment of $10 costs. Order filed.

In re GROSVENOR. (Supreme Court, Appellate Division, First Department. June 26,